# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elisabeth Bui, | No. CV-21-01046-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Bethany Crest Cooperative Corporation No. 5, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation to Dismiss Defendants with Prejudice (Doc. 26), and good cause appearing,

**IT IS ORDERED** granting the parties' Stipulation to Dismiss Defendants with Prejudice (Doc. 26) and dismissing this action, with prejudice, in its entirety, and with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 25th day of March, 2022.

Michael T. Liburdi
United States District Judge